| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. 559-435-5500 | FOR RECORDER'S USE ONLY |
|---|---|---|
| ☐ RECORDING REQUEST BY AND RETURN TO: <br> MICHAEL E. MOSS 63408/ HENRY Y. CHIU 22927 <br> KIMBLE, MAC MICHAEL &UPTON <br> 5260 North Palm Ave., Ste. 221, Fresno, CA  93704 <br> ☒ ATTORNEY FOR    ☒ JUDGMENT CREDITOR    ☐ ASSIGNEE OF RECORD | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STREET ADDRESS: 450 Golden Gate Ave., 16th Floor, #1111
CITY AND ZIP CODE: San Francisco, CA  94102
BRANCH NAME:

PLAINTIFF: BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUNDS
DEFENDANT: RUTLEDGE PLUMBING, INC., a California corporation

| WRIT OF | ☒ EXECUTION (Money Judgment) | CASE NUMBER: |
|---|---|---|
| | ☐ POSSESSION OF  ☐ Personal Property | C 08-04904-SC |
| | ☐ Real Property | FOR COURT USE ONLY |
| | ☐ SALE | |

1. To the Sheriff or any Marshal or Constable of the County of: **PLACER COUNTY**

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. (Name): BOARD OF THE TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUNDS
   is the  ☒ judgment creditor  ☐ assignee of record
   whose address is shown on this form above the court's name.

| 4. Judgment debtor (name and last known address): | 9. ☐ See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale. |
|---|---|
| RUTLEDGE PLUMBING, INC., a <br> California corporation <br> 1680 Mountain View Lane <br> Newcastle, CA  95658 | 10. ☐ This writ is issued on a sister-state judgment. |
| | 11. Total judgment .......$ 16,878.75 |
| | 12. Costs after judgment (per filed order or memo CCP 685.090.....$ |
| | 13. Subtotal (add 11 and 12).....$ 16,878.75 |
| | 14. Credits.....$ |
| | 15. Subtotal (subtract 14 from 13).....$ 16,878.75 |
| | 16. Interest after judgment (per filed affidavit CCP 685.050).....$ 22.25 |
| | 17. Fee for issuance of writ.....$ |
| ☐ additional judgment debtors on reverse | 18. Total (add 15, 16, and 17).....$ 16,901.00 |
| 5. Judgment entered on (date): 2/9/09 | 19. Levying officer: Add daily interest from date |
| 6. ☐ Judgment renewed on (dates): | of writ (at the legal rate on 15) of.....$ .25 |

7. Notice of sale under this writ
   a. ☒ has not been requested.
   b. ☐ has been requested (see reverse).
8. ☐ Joint debtor information on reverse.

20. ☐ The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

RICHARD W. WIEKING

| (SEAL) | Issued on (date): 5/11/09 | Clerk, by _____, Deputy |
|---|---|---|

- NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION -

(Continued on reverse)

WRIT OF EXECUTION
CCP 699.520, 712.010, 715.010
EJ-130REV 1/89

| SHORT TITLE: | CASE NUMBER |
|---|---|
|  |  |

CONTINUED FROM FRONT:
☐ Additional judgment debtor *(name and last known address)*:

☐ Notice of sale has been requested by *(name and address)*:

☐ Joint debtor was declared bound by the judgment (CCP 989-994)
a. on *(date)*:
b. name and address of joint debtor

a. on *(date)*:
b. name and address of joint debtor

c. ☐ additional costs against certain joint debtor: *(itemize)*:

☐ Judgment was entered for the following:
  a. ☐ Possession of personal property
    ☐ If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
  b. ☐ Possession of real property
  c. ☐ Sale of personal property
  d. ☐ Sale of real property
  e. Description of property

- NOTICE TO PERSON SERVED -

**Writ of execution or sale.**   Your rights and duties are indicated on the accompanying Notice of Levy.

**Writ of possession of personal property.**   If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

**Writ of possession of real property.**   If the premises are not vacated within five days after the date of service on an occupant or, if service is by posting, within five days after service on you, the levying officer will place the judgment creditor in possession of the property. Personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.